# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**152**

**CA 14-01265**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND VALENTINO, JJ.

---

MARIAN GALLMAN, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

T.D.M.S., LLC, ALSO KNOWN AS TDMS, LLC,
DEFENDANT-APPELLANT,
ET AL., DEFENDANTS.

---

KNAUF SHAW LLP, ROCHESTER (ALAN J. KNAUF OF COUNSEL), FOR
DEFENDANT-APPELLANT.

HISCOCK & BARCLAY, LLP, SYRACUSE (JOHN M. NICHOLS OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 27, 2013 in a foreclosure action. The order, among other things, granted plaintiff's motion for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: February 6, 2015                                    Frances E. Cafarell
                                                             Clerk of the Court